IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERT CAMPBELL, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| PA. DEP'T. OF CORRECTIONS, | : | |
| *et al.*, | : | |
| Respondents. | : | No. 15-3057 |

# O R D E R

**AND NOW**, this 18th day of April, 2016, having considered the Petition for Writ of *Habeas Corpus* filed by Petitioner Gilbert Campbell (Docket No. 1), the Response thereto (Docket No. 12), Petitioner's Reply (Docket No. 15), U.S. Magistrate Judge Lynne A. Sitarski's Report & Recommendations (Docket No. 16), and Petitioner's state court record, it is hereby **ORDERED** that:

1. The Report & Recommendations are **APPROVED** and **ADOPTED**.[1]

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.[2]

---

[1] The time for filing objections has now passed; no party has objected to Magistrate Judge Sitarski's Report and Recommendation.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). The Court agrees with U.S. Magistrate Judge Sitarski that there is no probable cause to issue such a certificate in this action.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/GENE E.K. PRATTER
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE